IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO GALVAN,<br><br>        Plaintiff,<br><br>    vs.<br><br>COUNTY OF FRESNO, et al.,<br><br>        Defendants.<br>_____/ | 1:10-cv-01891-SMS (PC)<br><br>ORDER REQUIRING PLAINTIFF TO FILE APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN FORTY-FIVE DAYS<br><br>(Doc. 2) |

Plaintiff, a prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on October 12, 2010. Plaintiff filed a motion seeking leave to proceed in forma pauperis, but the form application he submitted lacks the requisite authorization for the deduction of the filing fee from Plaintiff's trust account as funds are available. 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

1. Within **forty-five (45) days** from the date of service of this order, Plaintiff shall file the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $350.00 filing fee for this action;

2. **No extension of time will be granted without a showing of good cause**;

3. Within **sixty (60) days** of the date of service of this order, Plaintiff shall submit a certified copy of his prison trust statement for the six month period immediately

-1-

       preceding the filing of the complaint; and

    4.    **The failure to comply with this order will result in dismissal of this action, without prejudice.**

IT IS SO ORDERED.

**Dated:**   October 15, 2010              /s/ Sandra M. Snyder
                                                        UNITED STATES MAGISTRATE JUDGE